Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
November 25, 2025



**HON. MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

November 24, 2025

**VIA ECF**

Hon. Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:  *L.L., et al. v. New York City Dep't. of Educ.,* 25-cv-9353 (RA)(BCM)

Dear Judge Abrams:

  I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

  Defendant writes to respectfully request that the December 1, 2025 answer deadline be extended 90 days to March 2, 2026. Plaintiff consents to this request. Defendant also respectfully requests that the November 27, 2025 joint status letter deadline be extended to two weeks after Defendant files its answer. Plaintiff also consents to this request. These are the first requests for extensions of the answer deadline and joint status letter deadline.

  The extensions will give Defendant time to perform its internal review, once its receives billing records from Plaintiff, and make a request for authority to the Office of the Comptroller. The parties are hopeful that they can settle this matter without further burden on the Court's time.

  Accordingly, Defendant requests that the answer deadline be extended to March 2, 2026 and the joint status letter deadline be extended to two weeks after Defendant files its answer.

  Thank you for considering these requests.

             Respectfully submitted,
              /s/
            _____
            Martha Nimmer
            Special Assistant Corporation Counsel

cc: Courtney Haas, Esq. (via ECF)